In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-13-00069-CV
_____

### MILLET HARRISON JR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 252nd District Court
### Jefferson County, Texas
### Trial Cause No. 94-66306

### ORDER

Appellant filed a motion to recuse Justice David Gaultney on June 17, 2013. Justice Gaultney certified the matter to the entire Court. The Court finds appellant failed to present grounds which justify recusal in this case. *See* Tex. R. App. P. 16; *see also* Tex. R. Civ. P. 18b. Accordingly, the motion to recuse Justice David Gaultney is denied.

ORDER ENTERED June 20, 2013.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ., sitting en banc
Gaultney, J., not participating

1